United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ABNER L. WASHINGTON,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-cv-02833** |
| | § | |
| **GEORGE LISING, et al.,** | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER**

Plaintiff Abner L. Washington brought the following claims against various Defendants: a products liability claim against Medline Industries[1], the manufacturer of his walker; a negligence and Americans with Disabilities Act ("ADA") claim against the city for failing to maintain the sidewalks; and a conspiracy or ADA claim against Molina Healthcare, his insurance company, and Periscope, a company which provided an assessment for an in-home scooter on behalf of the insurance company. Plaintiff also asserted 42 U.S.C. § 1983 claims against multiple defendants, including some of the individual defendants.

Defendants brought Motions to Dismiss, which the Court granted on April 30, 2026. The Court dismissed Plaintiff's claims without prejudice and with leave to file an amended complaint by May 21, 2026. Plaintiff did not file an amended complaint.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing and in the Court's Order denying Plaintiff's Motion to Vacate (ECF No. 30), final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

---

[1] The Court has used the names of the corporate entities as Plaintiff has spelled them in his Complaint, which may not be the full and correct legal names of those entities.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 15th of July, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE